IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN BONTTY,

        Plaintiff,                    No. 2: 12-cv-2385 DAD P

    vs.

B. COLVIN,

        Defendant.               <u>ORDER</u>

_____/

        By an order filed September 24, 2012 (Doc. No. 3), plaintiff was ordered to file an application to proceed in forma pauperis or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed without prejudice. Plaintiff did not respond to the court's order. Accordingly, on November 9, 2012, this court issued findings and recommendations recommending dismissal of the action. (Doc. No. 5). Plaintiff did not file objections to those findings and recommendations, and on December 18, 2012 the assigned District Judge adopted the findings and recommendations and dismissed this action without prejudice. (Doc. No. 7.) Judgment was entered on the same day. (Doc. No. 8.)

        On December 10, 2012 and January 23, 2013, plaintiff filed requests for forms (Doc. Nos. 6 and 10.)

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff the court's form Application to Proceed In Forma Pauperis by a Prisoner; and

2. Plaintiff is granted a period of sixty days in which to file a motion for relief from the judgment entered in this action. Any such motion must be accompanied by a complete Application to Proceed In Forma Pauperis by a Prisoner, including a certified copy of plaintiff's inmate trust account statement for the six month period preceding the filing of this action. See 28 U.S.C. § 1915(b).

DATED: February 1, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
bont12cv2385.ifpapp